# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

147944

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DERRICK PERSON,
          Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147944
COA: 317680
Wayne CC: 12-009625-FH

_____/

      On order of the Court, the application for leave to appeal the September 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



h1112

Clerk